UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:09CR388 HEA |
| | ) | |
| EDWARD L. BELL, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

This matter is before the Court on Defendant's Motion to Continue Sentencing [Doc. #58]. Plaintiff does not oppose this motion.

This Court, upon careful consideration of the motion of defendant, and on review of the record, finds that the ends of justice would best be served by continuing the sentencing hearing as to Defendant Edward Bell to May 27, 2010, and that a continuance of these proceedings outweighs the best interest of the public and the defendant in a speedy trial. Furthermore, failure to grant a continuance would deny counsel for the Defendant and the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Concluding that the administration of justice will best be served by continuing this case, the Court will reset the sentencing hearing in this proceeding.

Accordingly,

**IT IS HEREBY ORDERED** that the sentencing hearing previously set in this matter is

reset to Wednesday, May 27, 2010, at 10:45 a.m. in the courtroom of the undersigned.

Dated this 4th day of May, 2010.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE